IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **JUDY HAWTHORNE, et al.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 7:17-cv-00025-O |
| § | |
| **UNION SQUARE FEDERAL CREDIT UNION,** § § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

The Court issues this Judgment pursuant to Federal Rule of Civil Procedure 58(a). Having considered this action, duly considered the issues, and duly rendered a decision, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that:

1. This case is **DISMISSED with prejudice**.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order dismissing the case with prejudice, to the parties.

**SO ORDERED** on this **10th day** of **January, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE